IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV363 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD G. PALMER, SHELLI M. | ) | ORDER |
| PALMER, DEBBIE VORNBROCK, In | ) | |
| her capacity as Trustee, | ) | |
| GUARANTY NATIONAL BANK OF | ) | |
| TALLAHASSEE, MORTGAGE | ) | |
| ELECTRONIC SYSTEMS, As | ) | |
| Assignee of Guaranty National | ) | |
| Bank, and COLTATE CAPITAL, | ) | |
| L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for time to serve summons, filing 15, is granted and plaintiff is given to May 12, 2008 to complete service by publication on defendants Shelli M. Palmer and Debbie Vornbrock.

DATED this 9th day of January, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge