```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV363 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD G. PALMER, SHELLI M. PALMER, DEBBIE VORNBROCK, In her capacity as Trustee, GUARANTY NATIONAL BANK OF TALLAHASSEE, MORTGAGE ELECTRONIC SYSTEMS, As Assignee of Guaranty National Bank, and COLTATE CAPITAL, L.L.C., | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for time to serve summons, filing 19, is granted and plaintiff is given to February 11, 2008 to complete service by the United States Marshal upon Guaranty National bank of Tallahassee.

DATED this 10th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge