IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CV363 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONALD G. PALMER; SHELLI M. | ) | |
| PALMER; DEBBIE VORNBROCK, | ) | |
| in her CAPACITY AS TRUSTEE; | ) | |
| GUARANTY NATIONAL BANK OF | ) | |
| TALLAHASSEE; MORTGAGE | ) | |
| ELECTRONIC SYSTEMS AS | ) | |
| ASSIGNEE OF GUARANTY | ) | |
| NATIONAL BANK; and COLTATE | ) | |
| CAPITAL, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has filed a Motion to Confirm Sale (filing 36).

IT IS HEREBY ORDERED that any person wishing to object to confirmation of

the Marshal's sale conducted herein shall, not later than October 6, 2008, file with the

Clerk and serve upon the parties to this action a written objection to confirmation of sale

setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event that no objection to confirmation of

sale is filed by the date specified above, plaintiff's Motion to Confirm Sale shall be

considered without hearing.

IT IS FURTHER ORDERED that, in the event that an objection to confirmation of

sale is filed by the date specified above, all issues raised by said objection will be heard

before the Court at 1:00 p.m. on October 14, 2008, in Courtroom 1, Federal Building, 100

Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this Order to the

following parties:

| | |
|---|---|
| Donald G. Palmer<br>--------------------------<br>Columbus, NE  68601-2907 | Shelli Palmer<br>Address Unknown |
| Guaranty National Bank of Tallahassee<br>3830 N. Maney St.<br>Oklahoma City, OK  73112 | Debbie Vornbrock<br>Address Unknown |
| Mortgage Electronic Systems<br>3830 N. Maney St.<br>Oklahoma City, OK  73112-2929 | Bronson-Archer, L.L.C.<br>24966 Leland Drive<br>Columbus, NE  68601 |
| Coltate Capital, L.L.C.<br>3830 N. Maney St.<br>Oklahoma City, OK  73112-2929 | |

DATED: September 16, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
U.S. DISTRICT COURT JUDGE